**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Amado MARTINEZ–FUERTE,**
**Defendant-Appellant.**

**UNITED STATES of America,**
**Plaintiff-Appellant,**

v.

**Jose JIMINEZ–GARCIA,**
**Defendant-Appellee.**

**UNITED STATES of America,**
**Plaintiff-Appellant,**

v.

**Raymond RANGEL GUILLEN and**
**Fernando Medrano-Barragan,**
**Defendants-Appellees.**

Nos. 74–2462, 74–2680, 74–2714.

United States Court of Appeals,
Ninth Circuit.

July 20, 1976.

Jack Robinson, Asst. U. S. Atty. (argued), San Diego, Cal., for the U. S.

Charles M. Sevilla (argued), of Federal Defenders of San Diego, Inc., San Diego, Cal., for appellant Martinez-Fuerte.

Frank M. Mangan (argued), of Federal Defenders of San Diego, Inc., San Diego, Cal., for appellee Jiminez-Garcia.

Michael J. McCabe of Federal Defenders of San Diego, Inc., and E. J. Boone, San Diego, Cal., for appellees Rangel Guillen and Medrano-Barragan.

### ORDER

Before DUNIWAY and CARTER, Circuit Judges, and WEIGEL, District Judge.

Pursuant to the judgment of the Supreme Court of the United States in *United States v. Martinez-Fuerte et al.*, 1976, —— U.S. ——, 96 S.Ct. 3074, 48 L.Ed.2d ——, it is ordered:

1. In No. 74–2462, the conviction of the appellant Martinez-Fuerte is affirmed.

2. In No. 74–2680, the case is remanded to the district court for further proceedings consistent with the opinion of the Supreme Court.

3. In No. 74–2714, the case is remanded to the district court for further proceedings consistent with the opinion of the Supreme Court.